C/M

Robert L. Shapiro
a/k/a Robert L. Katz
63 Stewart Street
Brooklyn, NY 11207
347-777-1059
October 21, 2009

This letter crossed in the mail with the Court's Order of 10/21/09 which gave plaintiff until 11/6/09 to file opposition papers or to have an attorney appear on his behalf, and noted that no further extensions will be granted beyond 11/6/09.
SO ORDERED: 10/28/09

/Signed by Judge Brian M. Cogan/
U.S.D.J.

Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: 09cv1944 Shapiro v. Backus/Lake
MOTION FOR AN EXTENSION
OF TIME TO RESPOND.

Dear Judge Cogan,

I did respond to your ORDER of September 30, 2009. I asked for an extension of time and for appointment of counsel to prosecute my civil suit in Federal Court. You did not address my MOTION for an extension of time.... An enlargement... so to speak.

There is an attorney who is willing to take on my case IF this HONORABLE COURT would grant me an extension so he can be cognizant of the intrinsic issues of my suit. I feel that I have stated a federal claim upon which this Court can grant relief. The attorney is:

> Michael Resko
> 3rd Avenue & 46th Street (in the City)
> Telephone: 718-836-4099
> 212-490-3010
> 212-490-3012 (fax)

Please consider this letter to be my MOTION for an EXTENSION of time. That way... Mr. Resko can step in and take over. There won't be an occasion where I need to ask this Court to appoint a Pro Bono attorney.

Thank you for your considerations. I ask that this Court grant further relief as may be appropriate.

Very truly yours,

*Robert L. Shapiro/Robert L. Katz*    10-21-2009